UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:24-CV-00002-EBA

JOHNNY BRANHAM,                                                             PLAINTIFF,

V.                                          **ORDER**

MARTIN O'MALLEY,
*Commissioner of Social Security,*                                      DEFENDANT.

*** *** *** ***

This matter is before the Court on Plaintiff Johnny Branham's motion to hold this case in abeyance pending the Sixth Circuit's decision in *Sexton v. O'Malley*, No. 23-5981, 2024 WL 1994918 (6th Cir. 2024). [R. 22]. According to Branham, one of the issues pending in the *Sexton* case is whether the hearings in that case were untimely, and if the Sixth Circuit determines that the hearings were untimely, then that decision would have an impact on this action. [*Id.*]. The Commissioner filed a response in opposition. [R. 23].

Now, the Commissioner has filed notice that the Sixth Circuit issued its decision in *Sexton* and rejected the argument that the hearings were untimely. [R. 24]. Accordingly, because the Sixth Circuit has already issued its decision,

IT IS ORDERED that Branham's motion to hold this case in abeyance pending the Sixth Circuit's decision in *Sexton*, [R. 22], is DENIED AS MOOT.

Signed May 8, 2024.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge