UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:24-CV-00002-EBA

JOHNY BRANHAM,                                                                                               PLAINTIFF,

V.                                             **JUDGMENT**

MICHELLE KING,
*Acting Commissioner of Social Security*,                           DEFENDANT.

*** *** *** ***

In compliance with FED. R. CIV. P. 58, and in accordance with the Memorandum Opinion & Order entered this date, it is **ORDERED** AND **ADJUDGED** that:

(1) The administrative decision of the Acting Commissioner of Social Security is **AFFIRMED** and Judgment is entered in the Commissioner's favor with respect to all issues.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

Signed February 26, 2025.



Signed By:
*Edward B. Atkins*   EBA
**United States Magistrate Judge**